UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 12-20769

ANTOINE PETTWAY,            Honorable Patrick J. Duggan

    Defendant.
_____/

## ORDER DENYING MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. SECTION 3592(C)(2) (GUIDELINE AMENDMENT 782)

Presently before the Court is a motion for modification or reduction of the sentence pursuant to 18 U.S.C. § 3582(c)(2). This motion seeks the same relief as a prior motion submitted by Defendant, which was denied on May 6, 2015. Defendant was sentenced as a career offender. Therefore, he does not qualify for a drug offense sentence reduction. The Total Offense Level, and ultimately his Sentencing Guidelines range, were driven by the career offender determination rather than the drug offense calculation. Because Defendant was sentenced as a career offender, 18 U.S.C. § 3582(c)(2) (Guideline Amendment 782) is not applicable.

Therefore, Defendant's motion for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) (Guideline Amendment 782) must be **DENIED.**

**SO ORDERED**.

Dated: June 18, 2015

                                                s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:

Douglas C. Salzenstein, AUSA

Anthony D. Pettway, #47788-039
FCI Milan
P.O. Box 1000
Milan, MI 48160